UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| STEVEN FISHMAN, | ) Case No. CV 13-2677 MWF(JC) |
|---|---|
| Petitioner, | ) |
| v. | ) ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| UNITED STATES OF AMERICA, et al., | ) |
| Respondents. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the "Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 by a Person in Federal Custody" (the "Petition"), the Motion to Dismiss the Petition and all supporting and opposing documents filed in connection therewith, and all of the records herein, including Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS ORDERED that the Petition is dismissed without prejudice because this Court lacks habeas subject matter jurisdiction over petitioner's claim.

///

///

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on petitioner and on counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: January 14, 2014

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE