UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN FISHMAN, | ) | Case No. CV 13-2677 MWF(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| UNITED STATES OF AMERICA, et al., | ) | |
| Respondents. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the "Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 by a Person in Federal Custody" is dismissed.

DATED: January 14, 2014

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE